**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

MICHAEL HOLLEY,                     :    No. 102 EM 2020

            Petitioner             :

                  v.                      :

COURT OF COMMON PLEAS OF        :
PHILADELPHIA,                      :

           Respondent         :

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 19th day of March, 2021, the Application for Leave to File Original Process is GRANTED, and the "Motion for Writ of Mandamus" and the "Motion for Extraordinary Jurisdiction" are DENIED.